# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **MAHER EL BADRI,** § | |
| § | |
| plaintiff, § | |
| § | |
| v. § | |
| § | Case 1:23-cv-00207-WJ-JHR |
| **FRIST NATIONAL COLLECTION** § | |
| **BUREAU, INC., and** § | |
| **VELOCITY INVESTMENTS, LLC** § | |
| § | |
| defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day the court considered the stipulation of dismissal with prejudice filed by plaintiff Maher El Badri and defendants First National Collection Bureau, and Velocity Investments, LLC (collectively **defendants**). Upon consideration of the stipulation and agreement of the parties, as evidenced by their signatures of their respective counsel, this court ORDERS as follows:

IT IS ORDERED, ADJUDGED and DECREED all claims asserted by Mr. El Badri against defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED each party will bear its own costs of court and fees incurred herein.

This is a final order. This order disposes of all claims by and between all parties and is fully appealable. All relief not expressly granted herein, is hereby, expressly denied.

IT IS SO ORDERED.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE